FRANK N. DARRAS #128904, fdarras@sbdelaw.com
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:   (909) 390-3770
Facsimile:     (909) 974-2121

Attorneys for Plaintiff
RENEE YASIN

Adrienne C. Publicover #161432, adrienne.publicover@wilsonelser.com
Lawrence J. Rose # 129511, lawrence.rose@wilsonelser.com
525 Market Street, 17th Floor
San Francisco, CA  94105
Phone: (415) 433-0990
Fax: (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RENEE YASIN,<br><br>          Plaintiff,<br><br>     vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>          Defendant. | Case No.: 1:08-cv-01019-LJO-DLB<br><br>STIPULATION TO CONTINUE SCHEDULING CONFERENCE; AND ORDER<br><br>Date:     December 16, 2008<br>Time:     9:00 a.m.<br>Place:    Courtroom 5<br><br>Date Action Filed:        May 2, 2008 |
|---|---|

  WHEREAS, in its Order dated July 17, 2008, this Court set a Scheduling Conference for this action to be held on December 16, 2008, at 9:00 a.m.;

  WHEREAS, the parties have begun discussion toward resolution of this matter;

  WHEREAS, the parties wish to have the opportunity to explore settlement possibilities through the aforementioned discussions prior to being required to expend time and resources in participating in the F.R.C.P. Rule 26(f) meeting of counsel,

preparing their F.R.C.P. Rule 26(f) joint report, and participating in the Scheduling Conference set for December 16, 2008;

WHEREAS, for good cause, the parties wish to continue the date and time of the Scheduling Conference to February 17, 2009 at 9:00 a.m.;

IT IS HEREBY STIPULATED by and between plaintiff RENEE YASIN and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their respective attorneys of record that the Scheduling Conference currently set for December 16, 2008 be continued until February 17, 2009 at 9:00 a.m.

Dated: December 8, 2008         SHERNOFF BIDART DARRAS
                                ECHEVERRIA, LLP

                                 /s/ Frank N. Darras
                                FRANK N. DARRAS
                                Attorneys for Plaintiff Renee Yasin

Dated: December 8, 2008         WILSON, ELSER, MOSKOVITZ,
                                EDELMAN & DICKER

                                 /s/ Lawrence J. Rose
                                ADRIENNE C. PUBLICOVER
                                LAWRENCE J. ROSE
                                Attorneys for Defendant Life Insurance
                                Company of North America

### ORDER

Pursuant to the stipulation of the parties and their respective counsel, IT IS HEREBY ORDERED that the date for the scheduling conference currently set for December 16, 2008 at 9:00 a.m. is continued to February 17, 2009 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: 11 December 2008              /s/ Dennis L. Beck
                                    US MAGISTRATE JUDGE DENNIS L. BECK