UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE YASIN, | CASE NO. CV-F-08-1019 LJO DLB |
| Plaintiff, | **ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

The parties have informed the Court that the above-captioned case has settled. **In accordance with the provisions of Local Rule 16-160, the Court now orders that dispositive documents be submitted no later than February 6, 2009.**

**All court dates** and any pending motions set in this matter, including the February 17, 2009 scheduling conference, are **VACATED**.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order (see Local Rule 16-160 and Local Rule 16-272).

IT IS SO ORDERED.

**Dated:   January 5, 2009**           /s/ Lawrence J. O'Neill
                              UNITED STATES DISTRICT JUDGE