FRANK N. DARRAS #128904
SHERNOFF BIDART DARRAS ECHEVERRIA, LLP
3257 East Guasti Road, Suite 300
Ontario, CA  91761
Telephone:   909.390.3770
Facsimile:    909.974.2121


Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE YASIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　　Defendant | Case No: 1:08-cv-01019-LJO-DLB<br><br>**STIPULATION RE VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff RENEE YASIN, and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, and their attorneys of record, that the parties have resolved this matter in its entirety.

　　　IT IS HEREBY AGREED that the complaint and any counterclaim on file herein shall be dismissed with prejudice, each side to bear their own attorney fees and costs.

Dated:  January 8, 2009　　　　　SHERNOFF BIDART DARRAS ECHEVERRIA, LLP


_____
FRANK N. DARRAS

      Attorneys for Plaintiff
      RENEE YASIN,

Dated:  January 8, 2009     WILSON, ELSER, MOSKOVITZ, EDELMAN & DICKER LLP

---

ADRIENNE C. PUBLICOVER
Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA,

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed with prejudice.  The Clerk is directed to close this case in its entirety.

**IT IS SO ORDERED.**

Dated: January 28, 2009    /s/ LAWRENCE J. O'NEILL
                                       Lawrence J. O'Neill
                                       Judge of the U.S. District Court